ND Miss. Form P3, Complaint Challenging Conditions of Confinement (4/00)     PAGE 1

# United States District Court
## Northern District of Mississippi

Donovan J Willingham
**Plaintiff**

v.

Case No. 4:19cv040-DMB-JMV

State of Mississippi
**Defendant**

### Prisoner's Complaint Challenging Conditions of Confinement

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name: Donovan Willingham

   B. Name under which sentenced: Donovan Willingham

   C. Inmate identification number: 171494

   D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): Parchman MS 37838 P.O. Box 1019

   E. Place of confinement: M.S.P.

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name:

   Title (Superintendent, Sheriff, etc.): Marshall Turner

   Defendant's mailing address (street or post office box number, city, state, ZIP): 1019 Parchman MS 37838

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)   PAGE 2

Name:

Title (Superintendent, Sheriff, etc.):

Defendant's mailing address (street or post office. box number, city, state, ZIP)

Name:

Title (Superintendent, Sheriff, etc.):

Defendant's mailing address (street or post office box number, city, state, ZIP)

Name:

Title (Superintendent, Sheriff, etc.):

Defendant's mailing address (street or post office box number, city, state, ZIP)

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment?  ☑ Yes  ☐ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

   A. Parties to the lawsuit:

   Plaintiff(s): Donovan Willingham

   Defendant(s): David Archier

   B. Court: Southern district    C. Docket No.:

   D. Judge's Name: RLW    E. Date suit filed: Sep 19, 2016

   F. Date decided: Jan 5, 2018    G. Result (affirmed, reversed, etc.):

5. Is there a prisoner grievance procedure or system in the place of your confinement?  ☑ Yes  ☐ No

6. If "Yes," did you present to the grievance system the same facts and issues you allege in this complaint? (See question 9, below).  ☑ Yes  ☐ No

7. If you checked "Yes" in Question 6, answer the following questions:

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)     PAGE 3

A. Does the grievance system place a limit on the time within which a grievance must be presented? ☐ Yes ☑ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed? ☐ Yes ☑ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

I done a Grievance January 6, 2018 I still received no answer has always it took me 5 months for these officer to answer my request finally I got @ them to respond.

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

Warden Timothy Morris  Deputy Warden Simon
~~EP MEEPT~~ Record department in Parchman
I wrote ~~Superintendet Marshall turner no Response~~ Superintendent still no response

ND MISS. FORM P3. COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)     PAGE 4

**Special Note:** Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

Parchman Explain to everyone in Parchman they took grievance out the system

9. Write below, as briefly as possible, the facts of your case. Describe how each Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

1. living Condition on Camp 29 there're Million of Rats + roaches everywhere ²are food is literary frozen Cold bird eat out the treys ³the Zone I live in is Condemn bird dropping everywhere Some time it's even in your food ⁴trey Come back to the Zone are'nt Clean what so ever Short Spoon on the treys Mold everywhere. If the state get paid for housing for us were do the money go ⁵Medical Charges us $6.00 for visit but unable to provide proper medical treatment and steady taking my family money off my books. ⁶When ever it rain the Zone leaks Real Bad water everywhere my bed is Soaking wet ⁷ I also have in Black & white from the U.S.d.C Southern district a letter that state i'm suppose to be a freeman I have only the original copy unable to make copies at the time due to lack of

ND MISS. FORM P3. COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)  PAGE 5

legal Assistance.

10. State briefly exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

false imprisonment, Pain & suffering, Slander, Harrasment life Endangerment Kid Napping, wrongful incarceration I'M seeking $1,000 a day for all of those above, also living condition

This Complaint was executed at (location): Parchman MS, 37838
and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: _____

Donovan Wittingham #171494
Plaintiff's Signature