IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DONOVAN WILLINGHAM                                                        PLAINTIFF

v.                                                              No. 4:19CV40-GHD-JMV

STATE OF MISSISSIPPI
MARSHALL TURNER                                                          DEFENDANTS

**FINAL JUDGMENT**

Having considered the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge and the objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is **ORDERED**:

1. That the plaintiff's objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**;

2. That the Report and Recommendation of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of the court; and

3. That the instant case is **DISMISSED** with prejudice.

SO ORDERED, this, the 2nd day of April, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE